UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SEATTLE MONORAIL SERVICES,

Plaintiff(s),

v.

AFFILIATED FM INSURANCE CO.,

Defendant(s).

NO. C05-1052P

MINUTE ORDER

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman:

Oral argument will be set in the above-entitled matter on Plaintiff's Motion for Partial Summary Judgment for the following date and time:

**Thursday, September 22, 2005, 1:30 p.m.** in the courtroom of the Honorable Marsha J. Pechman.  Each side will be permitted 15 minutes to present their position and answer questions.

Filed this 16th day of September, 2005.

BRUCE RIFKIN, Clerk

By      /s Mary Duett
        Deputy Clerk

MINUTE ORDER