The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| SEATTLE MONORAIL SERVICES, JOINT VENTURE (A WASHINGTON GENERAL PARTNERSHIP CONSISTING OF RAILSAFE, INC. AND WMS, INC.),<br><br>Plaintiffs,<br><br>vs.<br><br>AFFILIATED FM INSURANCE COMPANY,<br><br>Defendant. | CASE NO.:   2:05-cv-01052 MJP<br><br>STIPULATION AND ORDER EXTENDING DISCOVERY CUTOFF AND DISPOSITIVE MOTIONS DEADLINE |

## STIPULATION

IT IS HEREBY stipulated by the undersigned counsel for the parties that the deadline for discovery be continued from December 19, 2005 to January 20, 2006; and that the deadline for filing Dispositive Motions be continued from January 17, 2006 to February 2, 2006.  The parties are not seeking an extension of any other deadlines under the Court's Order Setting Trial Date and Related Dates at this time.

---

**STIPULATION AND ORDER**
**NO. CV05-1052 MJP**

**CARLSON CALLADINE & PETERSON**
353 SACRAMENTO STREET, 16TH FLOOR
SAN FRANCISCO, CA  94111
PHONE:  (415) 391-3911
FAX:     (415) 391-3898

| | |
|---|---|
| GORDON MURRAY TILDEN LLP | CARLSON CALLADINE & PETERSON LLP |
| By _____ | By _____ |
|    James R. Murray, WSBA #25263 |    Joyce C. Wang, CA Bar #121139 |
|    Christie L. Snyder, WSBA #28900 | |
|    Attorneys for Plaintiff |    Robert C. Levin, WSBA #18092 |
| |    MITCHELL, LANG & SMITH |
| | Attorneys for Defendant |

ORDER

Based upon the above Stipulation,

IT IS HEREBY ORDERED that the deadline for discovery under FRCP 26(a)(2) is continued from December 19, 2005 to January 20, 2006, and the deadline for filing Dispositive Motions is continued from January 17, 2006 to February 2, 2006.  This Order does not alter any other dates established in the Court's Order Setting Trial Date and Related Dates.

ORDERED this _29th  day of ____November_____, 2005.

   __/s Marsha J. Pechman_____
   HONORABLE MARSHA J. PECHMAN

Presented by:

CARLSON CALLADINE & PETERSON LLP

By _____
   Joyce C. Wang, CA Bar #121139

   Robert C. Levin, WSBA #18092
   MITCHELL, LANG & SMITH

   Attorneys for Defendant

STIPULATION AND ORDER
NO. CV05-1052 MJP

2

CARLSON CALLADINE & PETERSON
353 SACRAMENTO STREET, 16TH FLOOR
SAN FRANCISCO, CA  94111
PHONE: (415) 391-3911
FAX:    (415) 391-3898