UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SEATTLE MONORAIL SERVICES,

　　　　　Plaintiff(s),

　　v.

AFFILIATED FM INSURANCE COMPANY,

　　　　　Defendant(s).

NO. C05-1052P

MINUTE ORDER

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman:

Plaintiff filed a Motion for Partial Summary Judgment (Dkt. No. 31) which was eventually noted for December 9, 2005. On December 8, 2005, Plaintiff filed its Reply in Support of Motion (Dkt. No. 43) and a document entitled Motion to Strike Portions of Declaration of Stephen Shapiro.

Plaintiff is referred to Local Rule 7(g): "Requests to strike material contained in or attached to submissions of opposing parties shall not be presented in a separate motion to strike, but shall instead be included in the responsive brief..."

Plaintiffs shall filed a responsive brief which combines their reply and their motion to strike; this document must be filed with the Court no later than **December 16, 2005**. Their motion is hereby re-noted to that date.

Filed this 13th day of December, 2005.

　　　　　　　　　　　　　　　　　　　　BRUCE RIFKIN, Clerk
　　　　　　　　　　　　　　　　　　　　By　　/s Mary Duett
　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk

MINUTE ORDER